B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re  ANA ELBA DIAZ ACEVEDO             ,          Case No.  13-08022 ESL 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banco Popular de Puerto Rico-Mortgage | Doral Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
P.O Box 70308
San Juan, PR 00936

Court Claim # (if known):  4-1
Amount of Claim:  51397.90
Date Claim Filed:  03/17/2014

Phone:  787-474-6682
Last Four Digits of Acct #:  0321

Phone:  787-474-6649
Last Four Digits of Acct. #:  0321

Name and Address where transferee payments should be sent (if different from above):

Phone: 
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Merary Garcia                      Date: 02/27/2015
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.